## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REVECCA HEICHEL,** | **CIVIL ACTION** |
|         **Plaintiff,** | |
| | |
|     **v.** | |
| | |
| **MARRIOTT, MARRIOTT** | **NO.  18-1981** |
| **INTERNATIONAL, INC., MARRIOTT** | |
| **INTERNATIONAL, INC., MARRIOTT** | |
| **MARQUIS WASHINGTON, D.C.,** | |
| **HENSEL PHELPS CONSTRUCTION CO.,** | |
| **COOPER CARRY, INC., CAPSTONE** | |
| **DEVELOPMENT, LLC AND** | |
| **QUADRANGLE DEVELOPMENT CORP.,** | |
|         **Defendants.** | |

## <u>O R D E R</u>

      **AND NOW**, this 13th day of June, 2018, upon Plaintiff's Motion to Remand (ECF No.

21); Defendants' Response in Opposition Thereto (ECF Nos. 22 and 24); and Plaintiff's Reply

(ECF No. 25), **IT IS ORDERED** that Plaintiff's motion is **DENIED**.

                    **BY THE COURT:**


                    **/s/ Wendy Beetlestone**


                    _____
                    **WENDY BEETLESTONE, J.**