UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA HEICHEL, Individually and as p/n/g of MAKAYLA MILLER, a minor<br><br>            v.<br><br>MARRIOTT HOTEL SERVICES, INC., HENSEL PHELPS CONSTRUCTION CO. and COOPER CARRY, INC. | Civil Action No. 2:18-cv-01981-WB |

**REPLY OF DEFENDANT, HENSEL PHELPS CONSTRUCTION CO., TO CROSS-CLAIMS OF DEFENDANT, COOPER CARRY, INC.**

14-16.  Denied. Replying Defendant, Hensel Phelps Construction Co., denies all of the averments of paragraphs 14 through 16 of the Cross-Claims of Defendant, Cooper Carry, Inc., pursuant to F.R.C.P. 8 (b) (3).

Respectfully submitted,

*/s/ Kevin J. Ruane*

_____
Kevin J. Ruane, Esquire
Attorney I.D. 30584
CAMPBELL, LIPSKI & DOCHNEY
2000 Market Street – Suite 1100
Philadelphia, PA 19103
(215) 861-6700
Attorney for Defendant,
Hensel Phelps Construction Co.