UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA HEICHEL, Individually and as p/n/g of MAKAYLA MILLER, a minor<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., HENSEL PHELPS CONSTRUCTION CO. and COOPER CARRY, INC. | Civil Action No. 2:18-cv-01981-WB |

**REPLY OF DEFENDANT, HENSEL PHELPS CONSTRUCTION CO., TO CROSS-CLAIMS OF DEFENDANT, MARRIOTT HOTEL SERVICES, INC.**

16-17.  Denied. Replying Defendant, Hensel Phelps Construction Co., denies all of the averments of paragraphs 16 and 17 of the Cross-Claims of Defendant, Marriott Hotel Services, Inc., pursuant to F.R.C.P. 8 (b) (3).

                         Respectfully submitted,

                         */s/ Kevin J. Ruane*

                         Kevin J. Ruane, Esquire
                         Attorney I.D. 30584
                         CAMPBELL, LIPSKI & DOCHNEY
                         2000 Market Street – Suite 1100
                         Philadelphia, PA 19103
                         (215) 861-6700
                         Attorney for Defendant,
                         Hensel Phelps Construction Co.