IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA HEICHEL,<br>**Plaintiff,**<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br>MARRIOTT INTERNATIONAL, INC.,<br>HENSEL PHELPS CONSTRUCTION CO.,<br>COOPER CARRY, INC.,<br>**Defendants.** | CIVIL ACTION<br><br><br>NO. 18-1981 |

## ORDER

**AND NOW**, this 24th day of January, 2019, upon consideration of Defendants' Motion to Determine Choice of Law (ECF Nos. 54, 85), and Plaintiff's Response in Opposition Thereto (ECF No. 58), **IT IS ORDERED** that Defendants' motion is **GRANTED**. The substantive law of Washington, D.C. shall govern this action.

BY THE COURT:

/s/ Wendy Beetlestone

**WENDY BEETLESTONE, J.**