# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA HEICHEL,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br>MARRIOTT INTERNATIONAL, INC.,<br>HENSEL PHELPS CONSTRUCTION CO.,<br>COOPER CARRY, INC.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-1981 |

## O R D E R

**AND NOW**, this 20th day of May, 2019, upon consideration of Defendant Cooper Carry, Inc.'s Motion for Summary Judgment (ECF No. 62), further briefing in support thereof (ECF Nos. 118, 123, 130), and Plaintiff's Responses thereto (ECF Nos. 105, 129), and Defendant Hensel Phelps Construction Co.'s Motion for Summary Judgment (ECF No. 76), further briefing in support thereof (ECF Nos. 124, 131), and Plaintiff's Responses thereto (ECF Nos. 107, 129), **IT IS ORDERED** that the Motions are **GRANTED**. **JUDGMENT IS ENTERED IN FAVOR** of Cooper Carry, Inc. and Hensel Phelps Construction Co. and **AGAINST** Plaintiff.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**